**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D    +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020
```

October 29, 2020

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Tatum-Rios v. From you Flowers, LLC: Case No. 1:20-cv-05674-MKV

Dear Judge Vyskocil:

We represent defendant From You Flowers, LLC ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Lynnette Tatum-Rios, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from November 2, 2020 to December 17, 2020.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:    All counsel of record (by ECF)

---

This request is DENIED in part and GRANTED in part.  The Court will grant an extension of time for Defendant to answer until December 1, 2020.  However, the Court will not stay the parties' obligation to exchange initial disclosures pursuant to Rule 26(a)(1).

Date: October 29, 2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge